

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2014

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
                Miscellaneous Docket No. 14-1609 (RJD)

Dear Judge Dearie:

      A proceeding in the above-referenced case is scheduled for December 12, 2014 before your Honor. The government respectfully submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal. Counsel for the defendant have been advised and provided with a copy of this letter and the enclosed motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled in courtroom 10-A South for December 12, 2014 at 10 a.m.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney
    Eastern District of New York

By:   /s/ Samuel P. Nitze
    Samuel P. Nitze
    Assistant U.S. Attorney
    718-254-6465