

# U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 13, 2015

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. John Doe
     <u>Miscellaneous Docket No. 14-1609 (RJD)</u>

Dear Judge Dearie:

   A proceeding in the above-referenced case is scheduled for May 14, 2015 at 10:00 a.m. before your Honor. The government respectfully submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal. Counsel for the defendant have been advised and provided with a copy of this letter and the enclosed motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled in courtroom 10-A South for May 14, 2015 at 10 a.m.

Respectfully submitted,

KELLY T. CURRIE
Acting United States Attorney
Eastern District of New York

By:    /s/ Samuel P. Nitze
       Samuel P. Nitze
       Assistant U.S. Attorney
       718-254-6465