United States District Court
Eastern District of New York
**Judge DEARIE , RAYMOND**
Thursday, May 14, 2015
**Courtroom 10A S**

COURT EXHIBIT
14-MC-1609

1
5/14/15

---

09:45 AM
Criminal Cause for Status Conference
14cr00557
**USA V. LLOYD**
*Deft.* - ANNIS LLOYD
In Custody
*

10:00 AM
MOTION TO SEAL COURTROOM
14mc01609
*

11:15 AM
Civil Cause for Pre Motion Conference
13cv02328
**RODRIGUEZ V. THE CITY OF NEW YORK ET AL**
*

11:30 AM
Civil Cause for Status Conference
14cv02754
**LLANOS-LAUT ET AL V. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
*

12:00 NOON
Criminal Cause for Sentencing
13cr00601
**USA V. NARZIKULOV ET AL**
*Deft.* 9 - JOSE PAYANO
In Custody
Interpreter Requested-Spanish
*